AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JAMES J. CAREY, et al., <br> *Plaintiff* <br> v. <br> FEDERAL ELECTION COMMISSION <br> *Defendant* | ) <br> ) <br> ) Case No.   Civ. No. 11- 259-RMC <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal Election Commission

Date:   02/02/2011

*Attorney's signature*

Kevin Deeley
*Printed name and bar number*

999 E Street, N.W.
Washington, DC 20463
*Address*

kdeeley@fec.gov
*E-mail address*

(202) 694-1650
*Telephone number*

(202) 219-0260
*FAX number*