**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES J. CAREY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Civ. No. 11- 259-RMC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2011, I caused to be served by first-class mail, copies of the Federal Election Commission's Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Motion for a Preliminary Injunction as well as appearance of counsel forms for Kevin Deeley and Greg J. Mueller.  These documents were served on the counsel listed below at the following mailing address and also sent to the email address listed below:

Dan Backer,
PO Box 75021
Washington, DC 20013
dbacker@dbcapitolstrategies.com

Stephen M. Hoersting
700 E Schantz Avenue
Dayton, OH 45429
hoersting@gmail.com

Benjamin T. Barr
10737 Hunting Lane
Rockville, MD 20850
Benjamin.barr@gmail.com

/s/ Greg J. Mueller
Greg J. Mueller
Federal Election Commission
999 E Street, NW
February 2, 2011                                                     Washington, D.C. 20461