**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES J. CAREY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | Civ. No. 11- 259-RMC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2011, I caused to be served by e-mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.4(d), with written consent, copies of the Federal Election Commission's Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction on the counsel listed below:

Dan Backer,
PO Box 75021
Washington, DC 20013
dbacker@dbcapitolstrategies.com

Stephen M. Hoersting
700 E Schantz Avenue
Dayton, OH 45429
hoersting@gmail.com

Benjamin T. Barr
10737 Hunting Lane
Rockville, MD 20850
Benjamin.barr@gmail.com

/s/ Erin Chlopak
Erin Chlopak
Federal Election Commission
999 E Street, NW
Washington, D.C. 20461

March 8, 2011