UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REAR ADM. (RET) JAMES J. CAREY *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) FEDERAL ELECTION COMMISSION, ) ) Defendant. ) | Civil Action No. 11-259 (RMC) |

**ORDER**

Plaintiffs in this matter move for a stay of discovery and Defendant opposes, instead requesting a three-week stay of discovery. This Court finds that the issues in this case are matters of constitutional law already established by the Supreme Court. Defendant has made no demonstration that the factual discovery they suggest will impact the constitutional considerations in this matter.

Therefore, it is **ORDERED** that discovery is stayed in this matter;

It is **FURTHER ORDERED** that parties will submit a joint proposed briefing schedule no later than August 19, 2011.

**SO ORDERED**.

Date: July 29, 2011                              /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge